UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FLAVIO CESAR PAVON PEREZ | Case No. 3:26-CR-70-CCB-SJF |

**ORDER**

The Court has reviewed the findings and recommendation of Magistrate Judge Scott J. Frankel filed September 21, 2026. (ECF 17). Defendant Flavio Cesar Pavon Perez pleaded guilty to Counts 4 and 8 of the Indictment charging him with distribution of cocaine in violation of 21 U.S.C. § 841(a)(1) and knowingly carrying a firearm during and in relation to a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A). No party objected, and the time to object has passed. The Court now adopts the findings and recommendation in their entirety. The plea of guilty to Counts 4 and 8 is hereby accepted, and the defendant is adjudged guilty of Counts 4 and 8 of the Indictment.

Any objections a party submits to the probation officer in response to the draft Presentence Report must specifically identify the basis of the objection and any supporting authority. Should the Addendum to the final Presentence Report reflect any outstanding objections by a party, that party must specifically state in its sentencing memorandum whether it maintains that objection. If so, the party must identify the basis and authority for its objection and, where applicable, any evidence the party

expects to offer in support of that objection. The party should also state if, consistent with Rule 32(i)(3)(B), it does not believe a ruling on that objection will be necessary.

SO ORDERED on October 16, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT